# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ALFONSO GUZMAN , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MR. COOPER GROUP INC. , et al.<br><br>DEFENDANT(S). | 5:21–cv–00318–JGB–SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  2/23/2021          ____          ____

Date Filed         Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

The notice of interested parties is attached to the civil cover sheet. It should have been filed separately under its correct event/relief. You need not respond to this notice unless the Court directs you to do so.


                                                    Clerk, U.S. District Court

Dated: February 24, 2021         By:  /s/ *Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov*
                                                     Deputy Clerk