AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ALFONSO GUZMAN and BENITA GUZMAN, individually and on behalf of other members of the public similarly situated;<br><br>*Plaintiff(s)*<br>v.<br>MR. COOPER GROUP, INC., a Delaware corporation; NATIONSTAR MORTGAGE LLC; a Delaware Limited Liability Company; XOME INC., a Delaware Corporation; (See Attachment #1)<br>*Defendant(s)* | Civil Action No. 5:21-cv-00318-JGB-SHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Cooper Group Inc., a Delaware corporation

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric K. Yaeckel
SULLIVAN & YAECKEL LAW GROUP APC
2330 Third Avenue
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-00318-JGB-SHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                          *Server's signature*

                                                                         *Printed name and title*

                                                                         *Server's address*

Additional information regarding attempted service, etc:

William B. Sullivan [CSB No. 171637]
helen@sullivanlawgroupapc.com
Eric K. Yaeckel [CSB No. 274608]
yaeckel@sullivanlawgroupapc.com
**SULLIVAN & YAECKEL LAW GROUP, APC**
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Derik N. Lewis (SBN 219981)
**VANTIS LAW FIRM, APC**
120 Vantis, Ste 300
Aliso Viejo, California 92656
Telephone: (949) 216-0935
Facsimile: (949) 296-0935
DLewis@VantisLaw.com

Attorneys for Plaintiffs ALFONSO GUZMAN and BENITA GUZMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALFONSO GUZMAN and BENITA GUZMAN, individually and on behalf of other members of the public similarly situated; | CASE NO: |
|---|---|
| Plaintiffs, | **PLAINTIFFS' COMPLAINT FOR:** |
| vs. | 1. BREACH OF FIDUCIARY DUTY – NATIONWIDE CLASS |
| MR. COOPER GROUP INC., a Delaware corporation; NATIONSTAR MORTGAGE LLC; a Delaware Limited Liability Company; XOME INC., a Delaware Corporation; BARBARA LYNN SIMMONS, an individual; THOMAS HUGH O'LEARY, an individual; and DOES 1 through 50, Inclusive, | 2. BREACH OF FIDUCIARY DUTY – CALIFORNIA CLASS |
| | 3. AIDING AND ABETTING BREACH OF FIDUCIARY DUTY – CALIFORNIA CLASS |
| | 4. NEGLIGENCE – NATIONWIDE CLASS |
| | 5. NEGLIGENCE - CALIFORNIA CLASS |
| | 6. INTENTIONAL MISREPRESENTATION – CALIFORNIA CLASS |
| | 7. INTENTIONAL INTERFERENCE |

1
**CLASS ACTION COMPLAINT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Case No. 5:21-cv-00318-JGB-SHK

**ALFONSO GUZMAN v. MR. COOPER GROUP INC., et al.**

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

NATIONSTAR MORTGAGE LLC; a Delaware Limited Liability Company
c/o CSC Lawyers Incorporating Service
Agent for Service of Process
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

XOME INC., a Delaware Corporation
c/o CSC Lawyers Incorporating Service
Agent for Service of Process
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

BARBARA LYNN SIMMONS, an individual
1373 N SARAJEVO AVE
EAGLE, ID 83616

THOMAS HUGH O'LEARY, an individual
20 HILLRISE
DOVE CANYON, CA 92679