(Admin JS-6)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GUZMAN and BENITA GUZMAN, individually and on behalf of other members of the public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MR. COOPER GROUP, INC., NATIONSTAR MORTGAGE LLC, XOME INC., BARBARA LYNN SIMMONS; THOMAS HUGH O'LEARY<br><br>Defendants. | Case No: 5:21-cv-00318-JGB-SHK<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CLASS ACTIONS** |
| IDRIS AMARA and NICHOLAS PARRINO, individually and on behalf of other members of the public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; a Delaware Limited Liability Company; XOME INC., a Delaware Corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No: 5:19-cv-01153-FLA-AFM |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

## ORDER

Pursuant to the Stipulation to Consolidate Actions made by and between plaintiffs Alfonzo Guzman and Benita Guzman (the "Guzman Plaintiffs"), Idris Amara and Nicholas Parrino (the "Amara Plaintiffs"), and Defendants Mr. Cooper Group, Inc., Nationstar Mortgage LLC ("Nationstar"), Xome Inc. ("Xome"), Barbara Lynn Simmons, and Thomas Hugh O'Leary ("Defendants"), the parties to the above entitled actions, and it appearing to this Court as otherwise just and proper, the Court hereby rules as follows:

1. *Guzman et al. v. Nationstar Mortgage LLC, et al.*, Case No. 5:21-cv-00318-JGB-SHK (the "Guzman Action") will be transferred to the Honorable Fernando L. Aenlle-Rocha, the presiding judge in *Amara et al. v. Nationstar Mortgage LLC, et al.*, Case No: 5:19-cv-01153-FLA-AFM (the "Amara Action"), the first-filed action, in order for the Amara Action and the Guzman Action be consolidated for all purposes.

2. The Parties will meet and confer about the claims to be brought in a consolidated class action complaint, which will be filed by Plaintiffs in the Amara Action within thirty days of entry of this Order.

3. Defendants' response to the consolidated class action complaint will be filed within thirty days from the date the consolidated class action complaint is filed.

4. All matters on calendar for the Guzman Action are vacated. The clerk is directed to administratively close this matter within thirty days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 30, 2021

_____
Hon. Jesus G. Bernal
United States District Judge